# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2061
Lower Tribunal No. 20-24567

————————

**Vincent S. Mercier, et al.,**
Appellants,

vs.

**Turnberry Isle South Condominium Association, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Civil Justice Law Firm, PA, and Ronnette Gleizer (Hallandale), for appellants.

Blaxberg, Grayson, Kukoff & Forteza, P.A., and Gaspar Forteza and I. Barry Blaxberg, for appellee.

Before FERNANDEZ, C.J., and SCALES and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> § 718.1255(4)(k), Fla. Stat. (2020) ("An arbitration decision is . . . final if a complaint for a trial de novo is not filed in a court of competent jurisdiction in which the condominium is located within 30 days."); <u>Johnson v. Levine</u>, 736 So. 2d 1235, 1238 (Fla. 4th DCA 1999) (holding that the failure to timely request a trial *de novo* renders an arbitration decision final and binding); <u>Neate v. Cypress Club Condo.</u>, 718 So. 2d 390, 393 (Fla. 4th DCA 1998) (holding pursuant to section 718.1255 that, even when an action has been stayed to allow arbitration to be conducted, after the arbitration results, the party who does not accept the arbitrator's decision must still file a new complaint in court for a trial *de novo* within thirty days).